USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 08/13/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CHEIM AND READ, LLC; JERRY GOROVOY; ALAIN BOURGEOIS; AND JEAN-LOUIS BOURGEOIS,

    Petitioners,

v.

FARSCHOU PROJECTS APS,

    Respondent.

No. 21-CV-6540 (RA)

ORDER

---

RONNIE ABRAMS, United States District Judge:

This case has been assigned to me for all purposes. On August 2, 2021, Petitioners filed a complaint seeking confirmation of an arbitration award. Petitioners have not yet docketed an affidavit of service.

Confirmation proceedings for arbitration awards must be "treated as akin to a motion for summary judgment." *D.H. Blair & Co. v. Gottdiener*, 462 F.3d 95, 109 (2d Cir. 2006). It is hereby:

ORDERED that Petitioners shall file and serve any additional materials with which they intend to support their petition for confirmation by August 27, 2021. Respondent's opposition, if any, is due on September 24, 2021. Petitioners' reply, if any, is due on October 8, 2021.

IT IS FURTHER ORDERED that Petitioners shall serve a copy of this Order on Respondent.

SO ORDERED.

Dated:    August 13, 2021
           New York, New York

_____
Ronnie Abrams
United States District Judge