UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CHEIM AND READ, LLC, JERRY GOROVOY, ALAIN BOURGEOIS, and JEAN-LOUIS BOURGEOIS,

        Petitioners,

v.

FARSCHOU PROJECTS APS,

        Respondent.

21-CV-6540 (RA)

ORDER

---

RONNIE ABRAMS, United States District Judge:

    Petitioners filed their petition seeking confirmation of an arbitration award with this Court on August 2, 2021 and a summons was issued on August 5, 2021. Dkts. 2, 11. On August 17, 2021, the Court adjourned Petitioners' deadline to file and serve additional materials in support of their petition for confirmation to allow for completion of service. Dkt. 15. However, to date, Petitioners do not appear to have served the petition or summons on Respondent. It is hereby:

    ORDERED that Petitioners submit a letter to the Court by November 29, 2021 updating the Court on the status of Petitioners' efforts to serve Respondent, or, if Petitioners believe that Respondent has been served, explaining when and in what manner such service was made.

SO ORDERED.

Dated:    November 15, 2021
             New York, New York

                                                Ronnie Abrams
                                                United States District Judge