UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ X

CHEIM AND READ, LCC and JERRY GOROVOY, ALAIN BOURGEOIS, and JEAN-LOUIS BOURGEOIS, AS THE TRUSTEES AND ON BEHALF OF THE LOUISE BOURGEOIS REVOCABLE TRUST

Petitioners,

-against-

FAURSCHOU PROJECTS APS.,

Respondent.

------------------------------------------------------------------ X

Index No.: 1:21-cv-6540 (RA)

[PROPOSED] **JUDGMENT**

An Opinion and Order of the Honorable Ronnie Abrams, having been filed on May 18, 2022, granting Petitioners' petition to confirm an arbitration award awarding Petitioners $935,938.25; it is

ORDERED, ADJUDGED, and DECREED: That Petitioners have judgment against Respondent Faurschou Projects ApS in the amount of $935,983.25.

Dated: New York, New York
       June 7, 2022

_____
Hon. Ronnie Abrams
United States District Judge