UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------- X

CHEIM AND READ, LLC and JERRY GOROVOY,
ALAIN BOURGEOIS, and JEAN-LOUIS BOURGEOIS,
AS THE TRUSTEES AND ON BEHALF OF THE
LOUISE BOURGEOIS REVOCABLE LIVING TRUST

Petitioners,

-against-

FAURSCHOU PROJECTS APS,

Respondent.

------------------------------------------------------------------- X

Index No.: 1:21-cv-6540 (RA)

~~PROPOSED~~
**AMENDED JUDGMENT**

An Opinion and Order of the Honorable Ronnie Abrams, having been filed on May 18, 2022, granting Petitioners' petition to confirm an arbitration award awarding Petitioners $935,983.25; it is

ORDERED, ADJUDGED, and DECREED: That Petitioners have judgment against Respondent Faurschou Projects ApS in the amount of $935,983.25.

Dated: New York, New York
       June 29, 2022

_____
Hon. Ronnie Abrams
United States District Judge